IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARY ANN NAVARRO : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-3594 |
| MONARCH RECOVERY MANAGEMENT : | |
| INC. : | |

## O R D E R

**AND NOW**, on this <u>  20th  </u> day of <u>     June     </u>, 2014, upon consideration of Plaintiff's Motion For Attorney's Fees and Costs Pursuant to Defendant's Offer of Judgment (ECF No. 5), and all documents submitted in support thereof and in opposition thereto, it is hereby **ORDERED** as follows:

A. The Motion is **GRANTED** in part and **DENIED** in part.

B. Defendant shall reimburse Plaintiff's counsel $2,530 in attorney's fees and $425 in costs, for a total award of $2,955.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/R. Barclay Surrick*
**U.S. District Judge**